AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilbert, Jeffrey T. | District Court - Northern Illinois, Eastern Division | 01/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2010 | Partnership Withdrawal Agreement, Jeffrey T. Gilbert and Reed Smith, LLP, return of capital. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilbert, Jeffrey T. | 01/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | Northwestern University - Adjunct faculty | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2014 | Northshore University Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Joint Bank Accounts (various) | A | Dividend | K | T | | | | | |
| 2. Reed Smith Partner Defined Benefit Plan - No Control | A | Dividend | | | Redeemed | 06/01/14 | M | | |
| 3. NWM IRA -- American Funds Europacific Growth Fund F2 | A | Dividend | M | T | Buy (add'l) | 06/11/14 | K | | |
| 4. | | | | | Buy (add'l) | 10/02/14 | K | | |
| 5. | | | | | Buy (add'l) | 11/06/14 | L | | |
| 6. NWM IRA -- American Funds International Growth and Income-F2 | A | Dividend | K | T | Buy | 10/02/14 | K | | |
| 7. NWM IRA -- Brokerage Money Market | A | Dividend | J | T | Buy | 06/11/14 | J | | |
| 8. NWM IRA -- Brown Cap Mgmt Mut FDS Sml Co Instl | A | Dividend | L | T | Buy | 02/14/14 | L | | |
| 9. NWM IRA -- Columbia Acorn International Fund | B | Dividend | K | T | | | | | |
| 10. NWM IRA -- Dodge & Cox Income Fund F-2 | B | Dividend | M | T | Buy (add'l) | 06/11/14 | K | | |
| 11. | | | | | Buy (add'l) | 10/02/14 | L | | |
| 12. NWM IRA -- Eagle Small Cap Growth Fund Class A | B | Dividend | | | Sold | 02/14/14 | L | | |
| 13. NWM IRA -- Fidelity Advanced New Insights I | A | Dividend | L | T | Buy | 06/11/14 | K | | |
| 14. NWM IRA -- Franklin High Income Fund | B | Dividend | | | Sold | 11/05/14 | K | | |
| 15. NWM IRA -- Harbor Bond Fund Institutional Class | C | Dividend | K | T | Sold (part) | 11/05/14 | M | | |
| 16. NWM IRA -- John Hancock Disciplined Value Mid Cap Fund Class | B | Dividend | L | T | Buy | 11/06/14 | L | | |
| 17. NWM IRA -- The Oakmark International Fund | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NWM IRA -- MFS International Growth Fund Class I | A | Dividend | | | Sold | 10/01/14 | K | | |
| 19. NWM IRA -- Oppenheimer Developing Markets | A | Dividend | M | T | Buy (add'l) | 06/11/14 | K | | |
| 20. NWM IRA -- Pimco Income Fund Class P | A | Dividend | L | T | Buy (add'l) | 06/11/14 | K | | |
| 21. NWM IRA -- Pimco Total Return Fund Class P | B | Dividend | | | Sold | 10/01/14 | L | | |
| 22. NWM IRA -- Pimco Commodity Real Return | B | Dividend | L | T | | | | | |
| 23. NWM IRA -- Scout International Fund | A | Dividend | | | Sold | 10/01/14 | K | | |
| 24. NWM IRA -- Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | | | | | |
| 25. NWM IRA -- Vanguard Index FDS Vanguard REIT ETF | C | Dividend | M | T | Buy (add'l) | 06/11/14 | K | | |
| 26. Northshore Univ Health 403(b) ▨ - Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 06/01/14 | J | | |
| 27. Northshore Univ Health 403(b) ▨ ING Artio Froeign | A | Dividend | | | Sold | 10/02/14 | J | | |
| 28. Northshore Univ Health 403(b) ▨ - ING Small Company Fund | B | Dividend | | | Sold | 06/01/14 | J | | |
| 29. Northshore Univ Health 403(b) ▨ - Oppenheimer Intnl Growth | A | Dividend | J | T | Buy | 06/01/14 | J | | |
| 30. Northshore Univ Health 403(b) ▨ - Pimco Total Return | A | Dividend | | | Sold | 06/01/14 | J | | |
| 31. Northshore Univ Health 403(b) ▨ - Stable Value | B | Dividend | L | T | | | | | |
| 32. Northshore Univ Health 403(b) ▨ - T. Rowe Price Value Fund | B | Dividend | J | T | | | | | |
| 33. Northshore Univ Health 403(b) ▨ - Vitrus Emerging Markets - Y | A | Dividend | J | T | Buy | 10/02/14 | J | | |
| 34. Northshore Univ Health 403(b) ▨ - Voya Small Company Fund I | B | Dividend | J | T | Buy | 06/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO JOINT ACCOUNT AND JUDGE'S IRA ACCOUNT (H) | | | | | | | | | |
| 36. AETNA INC | A | Dividend | J | T | Buy | 07/25/14 | K | | |
| 37. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 38. | | | | | Sold (part) | 10/08/14 | K | | |
| 39. AFLAC, INC | A | Dividend | | | Sold | 07/25/14 | K | | |
| 40. ALLSTATE CORP | A | Dividend | J | T | Buy | 09/05/14 | J | | |
| 41. AMDOCS LTD | A | Dividend | K | T | Sold (part) | 07/03/14 | J | | |
| 42. AMGEN INC | A | Dividend | K | T | Sold (part) | 12/10/14 | J | | |
| 43. ANADARKO PETROLEUM CORP | A | Dividend | | | Buy | 02/10/14 | J | | |
| 44. | | | | | Sold | 06/27/14 | K | | |
| 45. AON PLC CLASS A | A | Dividend | | | Sold | 04/28/14 | K | | |
| 46. APACHE CORP COMMON | A | Dividend | | | Sold | 10/14/14 | J | | |
| 47. APPLE INC | A | Dividend | K | T | Buy | 06/27/14 | K | | |
| 48. AUTOMATIC DATA PROCESSING | A | Dividend | K | T | Sold (part) | 12/10/14 | J | | |
| 49. BAKER HUGHES | A | Dividend | | | Buy | 02/10/14 | J | | |
| 50. | | | | | Sold | 10/14/14 | J | | |
| 51. BAXTER INTERNATIONAL INC | | | | | Sold | 10/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BCE INC | A | Dividend | K | T | Buy | 09/05/14 | K | | |
| 53. BHP BILLITON, LTD | A | Dividend | | | Buy | 10/22/14 | J | | |
| 54. | | | | | Sold | 12/10/14 | J | | |
| 55. BOEING CO | A | Dividend | K | T | | | | | |
| 56. BP PLC SPONS ADR | A | Dividend | | | Sold | 09/05/14 | K | | |
| 57. BRINKER INTL INC | A | Dividend | K | T | Buy | 11/06/14 | J | | |
| 58. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 59. BROWN AND BROWN INC.COM | A | Dividend | J | T | Buy | 11/18/14 | J | | |
| 60. CAL-MAINE FOODS INC | A | Dividend | J | T | Buy | 06/27/14 | J | | |
| 61. CALIFORNIA RES CORP | A | Dividend | J | T | Buy | 12/01/14 | J | | |
| 62. CARDINAL HEALTH INC | A | Dividend | K | T | | | | | |
| 63. CDK GLOBAL HOLDINGS | A | Dividend | J | T | Buy | 10/01/14 | J | | |
| 64. CHEVRON CORPORATION | A | Dividend | K | T | Buy (add'l) | 10/20/14 | K | | |
| 65. | | | | | Sold (part) | 02/07/14 | K | | |
| 66. CHIPOTLE MEXICAN GRILL CLASS A | A | Dividend | | | Sold | 07/25/14 | K | | |
| 67. CHURCH & DWIGHT INC | A | Dividend | K | T | Buy | 09/05/14 | K | | |
| 68. CISCO SYSTEMS INC | A | Dividend | | | Sold | 06/27/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CITIGROUP INC NEW | A | Dividend | | | Sold (part) | 04/09/14 | J | | |
| 70. | | | | | Sold | 09/05/14 | J | | |
| 71. CLOROX COMPANY | A | Dividend | | | Sold | 04/28/14 | J | | |
| 72. CONVERGYS CORP | A | Dividend | K | T | Buy | 11/06/14 | J | | |
| 73. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 74. CME GROUP, INC | B | Dividend | | | Sold (part) | 04/09/14 | J | | |
| 75. | | | | | Sold | 06/27/14 | J | | |
| 76. COCA-COLA CO (Y) | | | | | Sold | 10/09/13 | J | | |
| 77. CVS HEALTH CORPORATION | A | Dividend | K | T | Sold (part) | 07/03/14 | J | | |
| 78. | | | | | Sold (part) | 12/10/14 | J | | |
| 79. DISCOVER FINANCIAL | A | Dividend | K | T | | | | | |
| 80. DISNEY WALT COMPANY | A | Dividend | K | T | Sold (part) | 07/03/14 | J | | |
| 81. DUPONT FABROS TECHNOLOGY | A | Dividend | K | T | Buy | 09/05/14 | J | | |
| 82. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 83. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 84. EASTMAN CHEMICAL COMPANY | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 85. EMERSON ELECTRIC | A | Dividend | | | Sold | 01/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ENCANA CORP | A | Dividend | | | Buy | 06/27/14 | K | | |
| 87. | | | | | Sold | 08/06/14 | K | | |
| 88. EVEREST RE GROUP LTD | A | Dividend | K | T | Buy | 06/27/14 | J | | |
| 89. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 90. EXXON MOBIL CORP | A | Dividend | K | T | Buy (add'l) | 07/25/14 | J | | |
| 91. FACTSET RESEARCH SYSTEMS | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 92. FASTENAL CO | A | Dividend | | | Sold | 04/28/14 | K | | |
| 93. GALAXOSMITH LINE PLC | A | Dividend | | | Buy (add'l) | 07/25/14 | J | | |
| 94. | | | | | Sold | 08/08/14 | J | | |
| 95. GENERAL ELECTRIC COMPANY | A | Dividend | K | T | Buy (add'l) | 02/10/14 | J | | |
| 96. GENTEX CORPORATION | A | Dividend | K | T | Buy | 11/18/14 | J | | |
| 97. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 98. GILDEN ACTIVEWEAR, INC | A | Dividend | | | Buy | 06/27/14 | J | | |
| 99. | | | | | Sold | 10/08/14 | J | | |
| 100. GOLDMAN SACHS GROUP INC | A | Dividend | K | T | Sold (part) | 04/09/14 | J | | |
| 101. GOOGLE | A | Dividend | | | Sold | 03/28/14 | K | | |
| 102. HALLIBURTON COMPANY | A | Dividend | J | T | Buy | 12/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 104. HONEYWELL INTERNATIONAL | A | Dividend | K | T | | | | | |
| 105. INGREDION INCORPORATED | A | Dividend | | | Sold | 01/09/14 | K | | |
| 106. INTEL CORP | A | Dividend | J | T | Buy | 09/05/14 | J | | |
| 107. INTERCONTINENTALEXCHANGE | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 108. INTUIT INC | A | Dividend | | | Sold | 08/06/14 | K | | |
| 109. ISHARES ET RUSSELL 1000 VALUE | A | Dividend | K | T | Buy | 04/22/14 | K | | |
| 110. ISHARES MSCI | A | Dividend | | | Buy | 04/22/14 | K | | |
| 111. | | | | | Sold | 08/08/14 | K | | |
| 112. ISHARES RUSSELL-2000 | A | Dividend | | | Buy | 04/22/14 | K | | |
| 113. | | | | | Sold | 10/14/14 | K | | |
| 114. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 115. JPMORGAN CHASE & COMPANY | A | Dividend | K | T | | | | | |
| 116. KIMBERLY CLARK CORP | A | Dividend | | | Sold | 07/25/14 | K | | |
| 117. LEXMARK INTL INC | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 118. LORILARD INC | A | Dividend | | | Sold | 01/24/14 | K | | |
| 119. LYONDELLBASEL INDUSTIES | A | Dividend | | | Buy | 06/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 121. | | | | | Sold | 10/14/14 | K | | |
| 122. MAGNA INTL CORP | A | Dividend | | | Buy | 06/27/14 | K | | |
| 123. | | | | | Sold | 10/08/14 | K | | |
| 124. MARATHON PETROLEUM CORP | A | Dividend | J | T | Buy | 02/10/14 | J | | |
| 125. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 126. | | | | | Sold (part) | 07/25/14 | K | | |
| 127. MASTERCARD INC CL A | A | Dividend | K | T | Sold (part) | 12/10/14 | J | | |
| 128. MATTEL INCORPORATED | A | Dividend | | | Sold | 04/08/14 | J | | |
| 129. MICROCHIP TECHNOLOGY | A | Dividend | | | Sold | 10/14/14 | J | | |
| 130. MICROSOFT CORP | A | Dividend | J | T | Buy | 08/08/14 | J | | |
| 131. MOTOROLA SOLUTIONS, INC | A | Dividend | | | Buy | 02/10/14 | J | | |
| 132. | | | | | Sold | 08/06/14 | J | | |
| 133. MURPHY USA INC | A | Dividend | J | T | Sold (part) | 08/06/14 | K | | |
| 134. NORTHRUP GRUMMAN CORP | A | Dividend | K | T | Buy | 06/27/14 | J | | |
| 135. NOVARTIS AG SPON ADR | A | Dividend | K | T | Buy | 09/05/14 | J | | |
| 136. NUCOR CORP | A | Dividend | J | T | Buy | 11/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  OCCIDENTAL PETE CORP | A | Dividend | J | T | Buy | 10/20/14 | K | | |
| 138. | | | | | Sold (part) | 12/10/14 | J | | |
| 139.  OMNICOM GROUP | A | Dividend | | | Sold | 06/27/14 | K | | |
| 140.  ORACLE CORPORATION | A | Dividend | K | T | Buy | 08/08/14 | J | | |
| 141. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 142.  P P G INDUSTRIES INC | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 143.  PEOPLES UNITED FINANCIAL | A | Dividend | | | Sold | 07/25/14 | K | | |
| 144.  PFIZER INCORPORATED | A | Dividend | K | T | | | | | |
| 145.  POWERSHARES HIGH YEILD EQUITY DIVIDEND ACHIEVERS PORTFOLIO (Y) | | | | | Sold | 03/09/12 | J | | |
| 146.  POWERSHARES WATER SOURCES | A | Dividend | | | Sold | 01/24/14 | K | | |
| 147.  PROCTOR & GAMBLE CO | A | Dividend | K | T | | | | | |
| 148.  QUALCOMM INC | A | Dividend | | | Sold | 07/25/14 | K | | |
| 149.  ROCK-TENN CO | A | Dividend | | | Buy | 02/10/14 | J | | |
| 150. | | | | | Sold | 06/27/14 | J | | |
| 151.  SAP SE-SPONSORED ADDR | A | Dividend | | | Sold | 09/05/14 | K | | |
| 152.  SHENANDOAH | A | Dividend | | | Buy | 02/10/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 04/28/14 | J | | |
| 154. SKETCHERS USA INC | A | Dividend | | | Buy | 06/27/14 | J | | |
| 155. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 156. | | | | | Sold | 09/17/14 | K | | |
| 157. SOUTHERN COPPER CORP(Y) | | | | | Sold | 10/09/13 | J | | |
| 158. SPDR GOLD TRUST (Y) | | | | | Sold | 10/09/13 | K | | |
| 159. | | | | | Sold (part) | 06/26/13 | J | | |
| 160. STARBUCKS CORP | A | Dividend | K | T | Sold (part) | 12/10/14 | J | | |
| 161. SUNTRUST | A | Dividend | | | Buy | 07/03/14 | K | | |
| 162. | | | | | Sold (part) | 10/14/14 | J | | |
| 163. | | | | | Sold | 10/15/14 | J | | |
| 164. TAIWAN SEMICONDUCTOR MFG CO LTD ADR | A | Dividend | K | T | Sold (part) | 07/03/14 | J | | |
| 165. THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy | 10/08/14 | J | | |
| 166. TJX COS INC | A | Dividend | K | T | Buy | 07/25/14 | J | | |
| 167. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 168. TRINITY INDUSTRIES INC | A | Dividend | | | Buy | 10/08/14 | J | | |
| 169. | | | | | Sold | 10/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. UNION PACIFIC CORP | A | Dividend | K | T | Sold (part) | 07/03/14 | J | | |
| 171. | | | | | Sold (part) | 12/10/14 | J | | |
| 172. UNITED TECHNOLOGIES | A | Dividend | | | Sold | 06/27/14 | K | | |
| 173. US BANCORP | A | Dividend | K | T | Sold (part) | 12/10/14 | J | | |
| 174. VANGUARD ENERGY | A | Dividend | | | Sold | 01/24/14 | J | | |
| 175. VANGUARD MATERIALS | A | Dividend | | | Buy | 03/03/14 | K | | |
| 176. | | | | | Sold | 10/15/14 | K | | |
| 177. VANGUARD UTILITIES ET | B | Dividend | L | T | Buy | 03/03/14 | K | | |
| 178. | | | | | Sold (part) | 10/08/14 | K | | |
| 179. VIACOM INC CL B | A | Dividend | K | T | | | | | |
| 180. WEYHAEUSER CO | A | Dividend | J | T | Buy | 10/08/14 | J | | |
| 181. WHOLE FOODS MARKET INC | A | Dividend | K | T | Buy | 07/25/14 | J | | |
| 182. | | | | | Sold (part) | 04/09/14 | J | | |
| 183. WELLS FARGO MM - SWEEP ACCT | A | Interest | J | T | | | | | |
| 184. WELLS FARGO MM - SWEEP ACCT | A | Interest | L | T | | | | | |
| 185. BALTIMORE MD PROJ REV SUB WTR PROJS SER A B\E CPN 3.625% | A | Interest | K | T | Buy | 05/13/14 | K | | |
| 186. BREVARD CNTY FL MERRITT ISLAND G/O (Y) | | | | | Matured | 07/01/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. BUTLER AL UTILS BRD WTR & SWR REV B\E AGM B/Q CPN 2.000% | A | Interest | K | T | Buy | 11/24/14 | K | | |
| 188. CORPUS CHRISTI TX RFDG GEN IMPT G/O LTD B\E AGM CPN 5.000% | B | Interest | K | T | | | | | |
| 189. DISTRICT COLUMBIA REF-SER C G/O UNLTD B/E XLCA (Y) | | | | | Matured | 06/01/12 | K | | |
| 190. DIST COLUMBIA W&S AUTH PUB UTIL REV RFDG SUB CPN 5.000% | A | Interest | K | T | Buy | 11/26/14 | K | | |
| 191. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RFDG 07-01-17 CPN 4.000% | A | Interest | K | T | | | | | |
| 192. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RFDG 07-01-18 CPN 4.000% | A | Interest | K | T | | | | | |
| 193. | | | | | Buy | 01/09/14 | L | | |
| 194. | | | | | Sold (part) | 01/13/14 | L | | |
| 195. | | | | | Sold (part) | 03/18/14 | J | | |
| 196. GEORGIA STATE RD & TWY 45K | A | Interest | | | Sold | 02/20/14 | K | | |
| 197. HARRIS CNTY TX MUN UTIL DIST 198 RFDG G/O UNLTD CPN 3.000% | A | Interest | K | T | | | | | |
| 198. HILLSBOROUGH CNTY FL SCH BRD REF B\E CPN 5.250% | B | Interest | K | T | | | | | |
| 199. KANSAS CITY MO WATER REV SER F B/E OID CPN 3.500% | B | Interest | K | T | | | | | |
| 200. LONGMONT CO ELEC & BROADBANDUTIL CPN 5.000& | B | Interest | K | T | Buy | 05/13/14 | K | | |
| 201. MILWAUKEE WISCONSIN PROM NTS SER N1 (Y) | | | | | Matured | 02/15/12 | K | | |
| 202. MOON AREA SCHOOL DIST | B | Interest | | | Sold | 11/17/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 203. MOUNTAIN TOP AREA JT SAN AUTH (Y) | | | | | Matured | 12/15/12 | K | | |
| 204. NEW BRUNFELS TX CTF | B | Interest | | | Sold | 10/01/14 | K | | |
| 205. NEW BRITIAN CT SUBSER B | B | Interest | | | Sold (part) | 03/18/14 | K | | |
| 206. | | | | | Sold | 10/01/14 | K | | |
| 207. NORTH CAROLINA EASTN MUN PWR AGY PWR SYS REV RFDG CPN 4.000% | A | Interest | K | T | Buy | 03/10/14 | K | | |
| 208. OHIO ST TPKCOMMN TPK REV REF-SER A FGIC INSD CPD 5.500% | B | Interest | K | T | | | | | |
| 209. PARMA OHIO SERIES A G/O (Y) | | | | | Matured | 12/01/12 | K | | |
| 210. PASSAIC VALLEY NJ WTR COMMN REV B\E CPN 5.000% | B | Interest | K | T | | | | | |
| 211. PEACE RIVER/MANASOTA REGL WTR SUPPLEY AUTH FL CPN 4.000% | B | Interest | K | T | | | | | |
| 212. PENNSYLVANIA ST ID REV RFDG ECON DEV B/E CPN 5.000% | B | Interest | K | T | | | | | |
| 213. PHILADELPHIA PA GAS WKS REV RFDG 1975 GEN CPN 5.375% | B | Interest | K | T | | | | | |
| 214. PORT ST LUCIE FL UTIL RV REF&IMPT SYS REV B\E CPN 5.250% | A | Interest | K | T | Buy | 05/06/14 | K | | |
| 215. RICE LAKE WI AREA SCHOOL DIST SCH IMPT SER A (Y) | | | | | Matured | 10/01/12 | K | | |
| 216. ROCKLAND CITY NY VAR PURP SER A G/O UNLTD B\E CPN 4.250% | B | Interest | K | T | | | | | |
| 217. VIRGIN VALLEY NV WTR DIST WTR REV B/Q B/E CPN 4.000% | B | Interest | K | T | | | | | |
| 218. WEST MIFFLN PA SAN SWR MUN AUTH SWR REV RFDG CPN 5.000% | A | Interest | K | T | Buy | 11/24/14 | K | | |
| 219. WICHITAH KS WTR&SWR UTIL REV SER A CPN 3.625% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. WELLS FARGO ADVISORS IRA ACCOUNT ▭ (H) | | | | | | | | | |
| 221. -GOOGLE INC SL A | | | | | Sold | 02/28/14 | J | A | |
| 222. -SKETCHERS USA INC | | | | | Sold | 09/17/14 | J | A | |
| 223. -VANGUARD MATERIALS ETF | | | | | Buy | 02/28/14 | J | | |
| 224. CARDINAL HEALTH INC CAH | A | Dividend | J | T | | | | | |
| 225. TAIWAN SEMINCONDUCTOR MFG CO LTD ADR TSM | A | Dividend | J | T | | | | | |
| 226. VANGUARD UTILITIES ET VPU | A | Dividend | J | T | | | | | |
| 227. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My responses to the Committee's questions in its letter of November 27, 2015, concerning certain line items in Part VII of my 2014 report filed on August 18,2015, are as follows:

Lines 1 and 2 (2014 report). These two lines were deleted and a "header" line (H) was inserted in Line 35 of the 2014 report. All the lines from 36 to 219 pertain to these two brokerage accounts.

Line 3 (2014 report). The line was deleted and a "header" line (H) was inserted in Line 220 of the 2014 report. All the lines from 221 to 226 pertain to this brokerage account. The three asset holdings (lines 224 - 226) were not previously reported as the account was considered to be one with "No control."

Line 152 (2014 report). This asset was purchased in two separate transactions in 2012 and 2013 and mistakenly not reported in the annual reports filed for those years. One purchase occurred on November 20, 2012, at a value code of K. The other occurred on August 30, 2013, at a value code of J. (This 2013 purchase actually is reported on line 190 of my 2013 report filed on January 27, 2015.) Both lots were sold on September 5, 2014, at a value code of K in Line 151 of the current report (2014).

Lines 184 and 185 (2014 report). These are sweep money market accounts that contain cash from sales transactions that is waiting to be reinvested. I did not report these kinds of accounts in my joint account or IRA in prior years because I did not think they needed to be reported. My accountant prepared my 2014 report and included these accounts in that report.

Line 46 (2013 report). The Powershares High Yeild Equity Dividend Achievers Portfolio shares were sold 02/12/2012 and 03/09/2012 and should not have appeared on the 2013 report. The summary of the two sales now appears in line 145 with a (Y).

Line 91 (2013 report). This asset was sold on January 24, 2014, at a value code of K. My 2014 report had the sale reflected in line 147 under the name Powershares Power Resources. Line 146 has been changed to reflect the name previously used in Line 91 of the 2013 report.

Line 116 (2013 report). This is the same asset reported as sold on September 5, 2014, on line 151 of my 2014 report. The SAP AG changed its legal name to SAP SE.

Line 127 (2013 report). The District Columbia REF-SER C G/O UNLTD B/E AMBAC ETM bond matured 06/01/2012 at PAR and should not have appeared on the 2013 report. The sale maturation no appears in line 189 with a (Y).

Line 175 and 176 (2013 report). These two bonds from my 2013 report appear in lines 191 and 192 of my 2014 report, with additional information to help differentiate between the two of them.

Line 190 (2013 report). This is the same asset reported as sold on September 5, 2014, on line 151 of my 2014 report. The SAP AG changed its legal name to SAP SE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544